17544-104708 AEF/KKR

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RICHARD JAEGER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 22-CV-3018-SEM-TSH |
| vs. | ) | |
| | ) | |
| RDX, LLC, FLEET EQUIPMENT, LLC, FLEET EQUIPMENT LEASING, LLC, FLEET EQUIPMENT TRANSPORTATION, LLC, ROBERT WILLIAMS, and HYUNDAI TRANSLEAD CO., | ) | |
| | ) | |
| Defendants. | ) | |
| HYUNDAI TRANSLEAD INC. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JORIAN CLARKE | ) | |

## JUDGMENT ORDER

NOW COME Plaintiff Richard Jaeger and Defendant Hyundai Translead, by and through their respective attorneys, on Hyundai Translead's Motion for Entry of Judgment Order on Hyundai's Motion for Summary Judgment, the parties with notice and the Court being fully advised on the premises,

**IT IS HEREBY ORDERED:**

There is no issue of material fact that judgment in Defendant Hyundai Translead's favor is proper. Therefore, Defendant Hyundai Translead's Motion for Summary Judgment is GRANTED, and

judgment is entered in Hyundai Translead's favor, with each party to bear their own costs.

**SO ORDERED:**

Date:_____     _____
                                Hon. Judge Sue E. Myerscough